UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-                                                              25-CR-214 (PAE)

KHALID GANIE,                                                    SCHEDULING ORDER

                            Defendant.
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at the conference held on May 8, 2025, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **July 8, 2025 at 11:00 a.m.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), to **July 8, 2025.**

SO ORDERED.

Dated: May 13, 2025
       New York, New York

                                          _____
                                          PAUL A. ENGELMAYER
                                          United States District Judge